IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENA SMITH | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-cv-0309 |
| | ) JUDGE HAYNES |
| FLAGSTAR BANK, et al., | ) |
| Defendants. | ) |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 29) to which objections have not been filed.

After de novo review, the Defendant Foundation Financial Group, LLC's motion for summary judgment (Docket Entry No. 9) is **GRANTED** and Plaintiff's claims against the Defendant Foundation Financial Group, LLC are **DISMISSED with prejudice**.

It is so **ORDERED**.

ENTERED this the ___ day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge