IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GENA SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:11-00309 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| FLAGSTAR BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The final pretrial conference set in this action for Monday April 23, 2012 at 3:00 p.m. and the trial set for Tuesday May 8, 2012 are **CONTINUED**. The dates for the final pretrial conference and trial will be set by separate order. The parties are free to consent to proceed before the Magistrate Judge assigned to this action under Fed. R. Civ. P. 73 should they choose.

It is so **ORDERED**.

**ENTERED** this the 31 day of January, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge