IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GENA SMITH,                )
                           )
    Plaintiff,              )
                           )
v.                         )    Case No. 3:11-cv-00309
                           )    Chief Judge Haynes
FLAGSTAR BANK, et al.,     )
                           )
    Defendants.             )

**ORDER**

Upon review of the file and pursuant to Local Rule 41.01, this action is **DISMISSED without prejudice.** Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

This is the Final Order in this action.

ENTERED this the 20th day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court